Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DAVID HLAVAC,<br><br>Defendant. | CASE: 6:10-MJ-00010-MJS<br><br>STIPULATION TO CONTINUE PLEA AND SENTENCING; AND ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, James David Hlavac, and his attorney of record, Jeremy Kroger, that the Plea and Sentencing in the above-captioned matter currently scheduled for October 19, 2010 be continued, and the matter be set for Plea and Sentencing on November 17, 2010, at 10:00 a.m.

Dated: October 18, 2010              /s/ Susan St. Vincent
                                     Susan St. Vincent
                                     Acting Legal Officer for
                                     National Park Service

Dated: October 18, 2010              /s/ Jeremy Kroger
                                     Jeremy Kroger
                                     Attorney for
                                     James David Hlavac

1

* * * ORDER * * *

The Court, having reviewed the above request to continue the October 19, 2010 Status Conference and set the case for Plea and Sentencing on November 17, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Plea and Sentencing set for October 19, 2010 is continued..

2. The above-captioned matter is now set for Plea and Sentencing on November 17, 2010.

IT IS SO ORDERED.

Dated:   October 20, 2010          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE